IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr32

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| DONACIANO AGUIRRE-RAMOS (1) | ) | |
| | ) | |

THIS MATTER is before the Court upon motions of the defendant for a Writ of Habeas Corpus ad Testificandum (Doc. No. 150) and to place a hold (Doc. No. 151) on Martin Palomo to secure his appearance as a witness at the defendant's sentencing hearing on April 28, 2011.

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Martin Palomo (Reg. No. 24604-058) present in Charlotte, North Carolina forthwith, but not later than April 28, 2011, at 9:30 a.m. for potential testimony in a sentencing hearing.

The Clerk is directed to certify copies of this Order the defendant; defendant's counsel; Martin Palomo; Roderick Wright, Martin Palomo's counsel; the United States Attorney; the United States Marshal Service; and the United States Probation Office for the Western District of North Carolina.

Signed: April 12, 2011

Robert J. Conrad, Jr.
Chief United States District Judge